UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Cary Brinkley, an individual,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Mark S. Barnhart, an individual.<br><br>                    Defendant. | No. 2:22-cv-00219-JHC<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL** |

THIS MATTER comes before the Court on Defendant's Motion to Compel. Dkt. # 17. The Court has considered the materials filed in support of, and in opposition to, the motion, as well as the balance of the case file. Being fully advised, the Court ORDERS that Plaintiff provide complete responses to Defendant's written discovery requests by Friday, January 20, 2023. Defendant is awarded his reasonable attorney fees and costs incurred in bringing the motion.

ENTERED this 6th day of January, 2023.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE