HONORABLE JOHN H. CHUN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Cary Brinkley, an individual,<br><br>                            Plaintiff,<br>vs.<br><br>Mark S. Barnhart, an individual.<br><br>                            Defendant. | No. 2:22-cv-00219-JHC<br><br>**ORDER GRANTING PLAINTIFF'S AGREED MOTION FOR STIPULATED PROTECTIVE ORDER**<br><br>**NOTED FOR MOTION CALENDAR**<br>June 15, 2023 |

THIS MATTER comes before the Court on Plaintiff's Agreed Motion for Entry of Stipulated Protective Order. Dkt. # 28.  The Court has considered the materials filed in support of the motion, as well as the balance of the case file.  Being fully advised, the Court hereby GRANTS the Motion.

ENTERED this 16th day of June, 2023.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S
MOTION TO COMPEL
(2:22-cv-00219) - Page 1

Kevin W. Bruning (#57653)
The Bruning Law Firm, PC
4055 Lake Washington Blvd., NE, Suite 235
Kirkland, WA 98033
206-590-1383
kbruning@bruninglaw.com