UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARY BRINKLEY, | CASE NO. C22-0219-KKE |
| Plaintiff(s), | MINUTE ORDER |
| v. | |
| MARK BARNHART, | |
| Defendant(s). | |

The following Minute Order is made by direction of the Court, the Honorable Kymberly K. Evanson, United States District Judge:

The trial date in this matter is fast approaching (Dkt. No. 37), and the parties' communications with the Court suggest that there may be disputes as to trial readiness and the case schedule. No later than August 12, 2024, the parties shall either file a stipulation to extend case deadlines and/or the trial date or a joint status report detailing the parties' respective positions on the issue of case scheduling. To the extent the parties believe that a settlement conference would be useful, the parties shall address this issue (including their mediation efforts to date) in their stipulation or joint status report. *See* Local Rules W.D. Wash. LCR 39.1(e).

Dated this 7th day of August, 2024.

Ravi Subramanian
Clerk

/s/ Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 1