UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARY BRINKLEY,<br><br>         Plaintiff(s),<br>    v.<br><br>MARK BARNHART,<br><br>         Defendant(s). | CASE NO. C22-0219-KKE<br><br>ORDER ON CASE SCHEDULING |

The Court has reviewed the parties' status reports (Dkt. Nos. 40, 41), which do not strictly comply with the Court's instruction to file a *joint* status report. *See* Dkt. No. 39. Nonetheless, the parties' reports confirm that Plaintiff and Defendant are interested in a judicial settlement conference, and also note that they have not yet completed a private mediation. *See* Dkt. Nos. 40, 41.

After the parties undertake a good-faith effort to resolve this dispute via private mediation, either party may file a motion for referral for a judicial settlement conference. *See* Local Rules W.D. Wash. LCR 39.1(e). No motion for adjustment of the case schedule is before the Court at this time, and thus the current case schedule (Dkt. No. 37) remains operative.

Dated this 14th day of August, 2024.

Kymberly K. Evanson
United States District Judge'

ORDER ON CASE SCHEDULING - 1