UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARY BRINKLEY,<br><br>       Plaintiff(s),<br><br>v.<br><br>MARK BARNHART,<br><br>       Defendant(s). | CASE NO. C22-0219-KKE<br><br>ORDER EXTENDING DEADLINE TO FILE PRETRIAL ORDER |

The deadline to file a pretrial order in this matter was September 9, 2024. *See* Dkt. No. 37. The parties did not file a timely pretrial order and appear to be continuing to work on preparing the order. Dkt. Nos. 54, 56.

The Court GRANTS Defendant's motion for guidance (Dkt. No. 54), hereby extending the deadline to file the pretrial order to September 11, 2024. No further extensions of pretrial deadlines should be expected.

Dated this 10th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER EXTENDING DEADLINE TO FILE PRETRIAL ORDER - 1