UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARY BRINKLEY,<br><br>                Plaintiff(s),<br>   v.<br><br>MARK BARNHART,<br><br>                Defendant(s). | CASE NO. C22-0219-KKE<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Upon receiving a notice of settlement, the Court previously dismissed this case without prejudice. Dkt. No. 75. The parties now request that the Court dismiss the case *with* prejudice in its entirety. Dkt. No. 76. The Court GRANTS the parties' stipulated motion (Dkt. No. 76) and hereby ORDERS that this action is dismissed with prejudice. The parties shall each bear their own attorney's fees and costs.

Dated this 25th day of October, 2024.

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE - 1